IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20959
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CANUTO GUZMAN GAITAN,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-35-7
- - - - - - - - - -

September 23, 1998

Before DAVIS, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Canuto Guzman Gaitan has appealed his guilty-plea sentence
for conspiracy to possess heroin with intent to distribute it, in
violation of 21 U.S.C. § 846.  Gaitan contends that the district
court erred (1) by concluding that it could not depart downward
from the sentencing guideline range, and (2) by sentencing him as
a "career offender."

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Gaitan's plea agreement provides that he has waived his right to appeal his sentence unless it is the result of an upward departure. Our review of the record convinces us that the waiver was informed and voluntary, so it is binding on Gaitan. See United States v. Portillo, 18 F.3d 290, 292-93 (5th Cir. 1994). His waiver bars Gaitan from presenting his two appellate claims. Accordingly, Gaitan's appeal is DISMISSED for lack of arguable merit. See 5TH CIR. R. 42.2.

APPEAL DISMISSED.